UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-859-GW-AFMx | Date | April 20, 2023 |
|---|---|---|---|
| Title | *Alameda Healthcare and Wellness Center, LLC, et al. v. All American Healthcare Services, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Farah Tabibkhoei | Hagar Cohen |

**PROCEEDINGS:** **PLAINTIFFS' MOTION TO REMAND CASE TO STATE COURT AND REQUEST FOR ATTORNEYS' FEES UNDER 28 U.S.C. § 1447(c) [15]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Plaintiffs' Motion [15] was issued on April 19, 2023 [27]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES the Motion. The Court would further require Plaintiffs, within 7 days of final adoption of this Order, to file an amended Rule 7.1 statement providing all the information necessary to determine the citizenship of Plaintiffs.

Court and counsel discuss scheduling. The Court sets the following dates:

2.  A post-mediation status conference is set for November 2, 2023 at 8:30 a.m., with mediation to be completed by October 30, 2023. The parties have chosen to mediate through a private mediation service. The parties will make arrangements so that the mediation can be completed by October 30 and a joint report filed with the Court by noon on October 31, 2023.

3.  All regular discovery will be completed by October 17, 2023.  By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4.  All expert discovery will be completed by November 17, 2023.  The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5.  The last day for the Court to hear any motions (other than motions in limine which will be heard at

| | : | 06 |
|---|---|---|
| | Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-859-GW-AFMx | Date | April 20, 2023 |
|---|---|---|---|
| Title | *Alameda Healthcare and Wellness Center, LLC, et al. v. All American Healthcare Services, Inc., et al.* | | |

the pre-trial conference) is December 18, 2023.

6. The pre-trial conference will be held on January 18, 2024 at 8:30 a.m. See Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (Docket No. 10).

7. Jury trial will begin on January 30, 2024 at 9:00 a.m.

:   06

Initials of Preparer   JG