UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-859-GW-AFMx | Date | June 26, 2024 |
| Title | Alameda Healthcare and Wellness Center, LLC, et al. v. All American Healthcare Services, Inc., et al. | Page | 1 of 1 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER**

The Court has received and reviewed Defendant All American Healthcare Services, Inc.'s Proposed Final Judgment as to certain parties pursuant to Fed. R. Civ. P. 68 (Docket No. 136-1) and the objections thereto from Plaintiff Alameda Healthcare & Wellness Center, LLC (Docket No. 137).

The Court agrees with Plaintiff that the proposed judgment include a defined interest rate that the parties do not seem to have delineated in the various offers and acceptances made under Rule 68. As for the other objections, it appears that the Skyline Healthcare judgment is correctly stated, as the offer, acceptance, and proposed judgment pertaining to Skyline Healthcare consistently state $26,008.26, not $26,008.25. Furthermore, the omnibus nature of the judgment and the inclusion of a stipulated dismissal in the same document as the judgment are not material to the Court. The revised judgments and dismissals may be filed separately or together.

Rule 68 is by its nature an agreement "to allow judgment on specified terms" Fed. R. Civ. P. 68(a). Because there was an offer and acceptance, there should be no dispute between the parties as to these proposed judgments. Accordingly, the Court will not sign off on the proposed judgment in Docket No. 136-1 and **ORDERS** the parties to *jointly* file an updated proposed judgment(s) by June 28, 2024.

The Court will discuss with the parties at the July 1, 2024 post-mediation status conference whether there is no just reason to delay entering these Rule 68 judgments against fewer than all defendants as provided under Rule 54(b).

| | | |
|---|---|---|
| CV-90 | CIVIL MINUTES—GENERAL | Initials of Deputy Clerk JG |