BRIAN A. WILLIAMSON, ESQ. (CA BAR NO. 336547)
**CALLAGY LAW, P.C.**
2550 Union Hills Dr., Ste 350-341
Phoenix, AZ 85027
Telephone: (201)261-1700
Facsimile: (201)549-8408
E-mail: bwilliamson@callagylaw.com
Attorneys for Plaintiff
All American Healthcare Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMEDA HEALTHCARE & WELLNESS CENTER, LLC, a California limited liability company; et al;<br><br>Plaintiff,<br><br>v.<br><br>ALL AMERICAN HEALTHCARE SERVICES, INC, a New Jersey Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>ALL AMERICAN HEALTHCARE SERVICES, INC, a New Jersey Corporation<br><br>Counter-Claim Plaintiff,<br><br>v.<br><br>ALAMEDA HEALTHCARE & WELLNESS CENTER, LLC, a California limited liability company; et al.<br><br>Counter-Claim Defendants. | Case No. CV 23-859-GW-SKx<br><br>**JUDGMENT AGAINST PLAINTIFFS/COUNTER-CLAIM DEFENDANTS GRANITE HILLS HEALTHCARE & WELLNESS CENTRE, LLC; ANAHEIM POINT HEALTHCARE & WELLNESS CENTRE, LP; SKYLINE HEALTHCARE & WELLNESS CENTER, LLC; SAN PABLO HEALTHCARE & WELLNESS CENTER, LLC; LAWNDALE HEALTHCARE & WELLNESS CENTRE, LLC; GRAND AVENUE HEALTHCARE & WELLNESS CENTRE, LP; AND VERDUGO VALLEY SKILLED NURSING & WELLNESS CENTRE, LLC** |

Plaintiffs/Counter-Claim Defendants Granite Hills Healthcare & Wellness Centre, LLC; Anaheim Point Healthcare & Wellness Centre, LP; Skyline Healthcare & Wellness Center, LLC; San Pablo Healthcare & Wellness Center, LLC; Lawndale Healthcare & Wellness Centre, LLC; Grand Avenue Healthcare & Wellness Centre, LP; and Verdugo Valley Skilled Nursing & Wellness Centre, LLC have served offers of judgment upon Defendant/Counter-Claim Plaintiff All American Healthcare Services, Inc., which offers of judgment have been accepted by All American Healthcare Services, Inc.

IT IS HEREBY ORDERED as follows:

- Judgment is granted for All American Healthcare Services, Inc. and against Granite Hills Healthcare & Wellness Centre, LLC in the amount of $51,449.01;

- Judgment is granted for All American Healthcare Services, Inc. and against Anaheim Point Healthcare & Wellness Centre, LP in the amount of $138,765.41;

- Judgment is granted for All American Healthcare Services, Inc. and against Skyline Healthcare & Wellness Center, LLC in the amount of $26,008.26;

- Judgment is granted for All American Healthcare Services, Inc. and against San Pablo Healthcare & Wellness Center, LLC in the amount of $11,924.84;

- Judgment is granted for All American Healthcare Services, Inc. and against Lawndale Healthcare & Wellness Centre, LLC in the amount of $4,739.21;

- Judgment is granted for All American Healthcare Services, Inc. and against Grand Avenue Healthcare & Wellness Centre, LP in the amount of $135,613.82;

- Judgment is granted for All American Healthcare Services, Inc. and against Verdugo Valley Skilled Nursing & Wellness Centre, LLC in the amount of $294,680.36;

IT IS FURTHER ORDERED that all claims asserted by Plaintiffs/Counter-Claim Defendants Granite Hills Healthcare & Wellness Centre, LLC; Anaheim Point Healthcare & Wellness Centre, LP; Skyline Healthcare & Wellness Center, LLC; San Pablo Healthcare & Wellness Center, LLC; Lawndale Healthcare & Wellness Centre, LLC; Grand Avenue Healthcare & Wellness Centre, LP; and Verdugo Valley Skilled Nursing & Wellness Centre, LLC against Defendant/Counter-Claim Plaintiff All American Healthcare Services, Inc. are hereby dismissed with prejudice.

Dated: July 9, 2024

_____
HON. GEORGE H. WU,
United States District Judge