1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **CENTRAL DISTRICT OF CALIFORNIA**

7

8 ALAMEDA HEALTHCARE &
WELLNESS CENTER, LLC, a California
9 limited liability company; et al;

10                    Plaintiff,

11          v.

12 ALL AMERICAN HEALTHCARE
SERVICES, INC, a New Jersey
13 Corporation; and DOES 1 through
10, inclusive,
14
                                        Case No. CV 23-859-GW-SKx
15                    Defendants.
                                        **ORDER GRANTING**
16 _____     **STIPULATION TO DISMISS WITH**
                                        **PREJUDICE**
17 ALL AMERICAN HEALTHCARE
SERVICES, INC, a New Jersey             Related to Case No.: CV 24-6382-GW-
18 Corporation                          SKx

19                    Counter-Claim Plaintiff,

20          v.

21 ALAMEDA HEALTHCARE &
WELLNESS CENTER, LLC, a
22 California limited liability company; et al.

23                    Counter-Claim Defendants.

24 _____

25

26

27

28

1

On September 3, 2024, the Parties filed a Stipulation to Dismiss With Prejudice.

The Parties have agreed to dismiss this matter with prejudice, each Party to bear their own costs and attorney's fees.

The Court, having considered the Parties' Stipulation and finding good cause, hereby GRANTS the Stipulation to Dismiss With Prejudice and ORDERS as follows:

1.  The matter is dismissed with prejudice, each Party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: September 3, 2024

_____
HON. GEORGE H. WU,
United States District Judge